ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                        :

MICHAEL PARKER,                   :

           Defendant.        :

- - - - - - - - - - - - - - - - - - x

**Judge Pauley**

**INDICTMENT**

**13 CRIM 965**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 12 2013

COUNT ONE

The Grand Jury charges:

1. From at least on or about November 21, 2013, up to and including on or about November 26, 2013, in the Southern District of New York, MICHAEL PARKER, the defendant, being a Postal Service employee, knowingly did embezzle letters, postal cards, packages, bags, and mail, and articles and things contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by a carrier, messenger, agent, and other person employed in a department of the Postal Service, and forwarded through and delivered from a post office and station thereof established by authority of the Postmaster General and of the Postal Service; and did steal, abstract, and remove from such letters, packages, bags, and mail, articles and things contained therein, to wit, PARKER, a Postal Service employee, removed and

stole articles contained in letters from a United States Postal Service Processing and Distribution Center at 341 Ninth Avenue in Manhattan, New York.

(Title 18, United States Code, Section 1709.)

_____         _____
FOREPERSON                              PREET BHARARA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL PARKER,

Defendant.

INDICTMENT

13 Cr.

(18 U.S.C. § 1709.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____ Foreperson.

December 12, 2013

Filed Indictment Case assigned to Judge Pauley